# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 16-00637KSC-NONE |
| CASE NAME: | Cook Productions, LLC Vs. Doe Defendant 1, et al. |
| ATTYS FOR PLA: | Kerry S. Culpepper |
| ATTYS FOR DEFT: | Non-Appearance |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | None |
| DATE: | 03/28/2017 | TIME: | 9:04am-9:06am |

COURT ACTION:   EP:   Rule 16 Scheduling Conference

Plaintiff's Counsel Kerry S. Culpepper participated telephonically.

A Rule 16 Scheduling Order will be issued and filed.

1. Non-jury trial on April 3, 2018 at 9:00 a.m. before KSC
2. Final Pretrial Conference on February 20, 2018 at 9:00 a.m. before KSC
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by February 13, 2018
5. File motions to Join/Add Parties/Amend Pleadings by September 1, 2017
6. File other Non-Dispositive Motions by January 3, 2018
7. File Dispositive Motions by November 1, 2017
8a. File Motions in Limine by March 13, 2018
8b. File opposition memo to a Motion in Limine by March 20, 2018
11a. Plaintiff's Expert Witness Disclosures by October 2, 2017
11b. Defendant's Expert Witness Disclosures by November 1, 2017
12. Discovery deadline February 2, 2018
13. Settlement Conference set for 1/9/2018 at 10:00am before RLP
14. Settlement Conference statements by 1/3/2018
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21. File Final witness list by March 13, 2018
24. Exchange Exhibit and Demonstrative aids by March 6, 2018
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by March 13,

       2018
26.    File objections to the Exhibits by March 20, 2018
28a.   File Deposition Excerpt Designations by March 13, 2018
28b.   File Deposition Counter Designations and Objections by March 20, 2018
29.    File Trial Brief by March 20, 2018
30.    File Findings of Fact & Conclusions of Law by March 20, 2018

Other Matters:

Submitted by Leslie L. Sai, Courtroom Manager

CV NO. 16-00637KSC;
Cook Productions, LLC Vs. Doe Defendant 1, et al.;
Rule 16 Scheduling Conference Minutes
03/28/2017