IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| COOK PRODUCTIONS, LLC, | ) | CIVIL NO. 16-00637 HG-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY SZERLIP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF No. 57) OF ORDER ADOPTING, AS MODIFIED, THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION.</u>

On October 30, 2017, the Court issued an ORDER ADOPTING, AS MODIFIED, THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO PARTIALLY GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT STANLEY SZERLIP (ECF No. 54) and DENYING PLAINTIFF'S WRITTEN OBJECTION (ECF No. 55). (ECF No. 56).

On October 31, 2017, Plaintiff filed PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER ADOPTING, AS MODIFIED, THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION. (ECF No. 57).

In its order, the Court awarded Plaintiff $750.00 in statutory damages and $1,417.50 in combined attorney's fees and taxes. Plaintiff moves for reconsideration based on an error of fact. Plaintiff contends that the Court erroneously reduced hours which Plaintiff had already voluntarily reduced, rather than the actual attorney hours.

The Court finds that the Motion raises a question of

1

fairness rather than an error of fact.  Plaintiff points out the double reduction of hours represented in the Court's order on October 30, 2017.  (ECF No. 56).  The Court agrees that it is appropriate to utilize the method presented by Plaintiff in calculating the reduction in attorney's fees.

The Court **GRANTS** Plaintiff's Motion for Reconsideration of Order Adopting, as Modified, the Magistrate Judge's Findings and Recommendation.

The Court awards Plaintiffs **$750.00** in statutory damages and Plaintiff's requested **$2,441.39** in attorney's fees inclusive of taxes.

IT IS SO ORDERED.

DATED: HONOLULU, HAWAII, DECEMBER 22, 2017.

Helen Gillmor
United States District Judge

COOK PRODUCTIONS, LLC v. STANLEY SZERLIP, CIVIL NO. 16-00637 HG-KSC; **ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF No. 57) OF ORDER ADOPTING, AS MODIFIED, THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**