# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 16-00637HG-RT |
| CASE NAME: | Cook Productions, LLC v. Stanley Szerlip |
| ATTY FOR PLA: | Kerry S. Culpepper, Esq. |
| ATTY FOR DEFT: | no appearance |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | FTR - C5 |
| DATE: | August 15, 2019 | TIME: | 10:00 a.m. - 10:08 a.m. |

COURT ACTION: EP   ORDER TO SHOW CAUSE WHY DEFENDANT/ JUDGMENT DEBTOR STANLEY SZERLIP SHOULD NOT BE HELD IN CONTEMPT OF COURT AND ORDERED TO PAY ATTORNEY'S FEES

Motion hearing held.

Three calls were made for Judgment Debtor Stanley Szerlip at 9:25 a.m., and there was no response. As the Judgment Debtor has failed to appear to show cause, the Court finds his failure to appear constitutes knowing disobedience of the court's prior orders. Accordingly, the Court holds Judgment Debtor in civil contempt. In lieu of issuing a warrant for the Judgment Debtor's arrest to bring him before the Court for a judgment debtor examination, however, the Court exercises its discretion and instead imposes appropriate sanctions.

Per FRCP 69(2) (1), "In aid of the judgment or execution, the judgment creditor .... may otain discovery from any person – including the judgment debtor – as provided in these rules ..." Under FRCP 37(b)(2), the court may impose a variety of sanctions for violation of a discovery order, including "directing that the matters embraced in the order or the designated facts be taken as established for purposes of the action, as the prevailing party claims."

Accordingly, the Court orders the information Plaintiff proposed to obtain from Mr. Szerlip in the Examination of Judgment Debtor scheduled for 5/1/19, is deemed admitted and may be treated as such for purposes of executing on the judgment. In addition, the Court awards Plaintiff reasonable attorney's fees. Mr. Culpepper to submit a supplemental declaration in support of the award of attorney's fees up through today's hearing by no later than 8/23/19 for the Court review.

ORDER TO SHOW CAUSE WHY DEFENDANT/ JUDGMENT DEBTOR STANLEY SZERLIP SHOULD NOT BE HELD IN CONTEMPT OF COURT AND ORDERED TO PAY ATTORNEY'S FEES is GRANTED.

Mr. Culpepper to prepare the order.

Submitted by: Mary Feria, Courtroom Manager