IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| COOK PRODUCTIONS, LLC, | ) | CIVIL NO. 16 00637 HG RT |
| Plaintiff, | ) | |
| vs. | ) | |
| STANLEY SZERLIP, PREVIOUSLY IDENTIFIED AS DEFENDANT DOE 7, | ) | |
| Defendant. | ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO FIND DEFENDANT STANLEY SZERLIP IN CONTEMPT OF COURT AND FOR SANCTIONS (ECF No. 78)**

Findings and Recommendation (ECF No. 78) having been filed and served on all parties on March 27, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, Findings and Recommendations (ECF No. 78) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: June 30, 2020, Honolulu, Hawaii.



Helen Gillmor
United States District Judge