UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| COOK PRODUCTIONS, LLC, ) | **Civil No.: 16-00637 HG-RT** |
| ) | (Copyright) |
| Plaintiff, ) | |
| vs. ) | ORDER FOR ISSUANCE OF |
| ) | GARNISHEE SUMMONS |
| STANLEY SZERLIP, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| Hawaii Community Federal Credit ) | |
| Union, ) | |
| 75-159 Hualalai Road ) | |
| Kailua-Kona, HI 96740 ) | |
| ) | |
| Garnishee ) | |

ORDER FOR ISSUANCE OF GARNISHEE SUMMONS

Plaintiff Cook Productions, LLC's Second Ex Parte Motion for Issuance of Garnishee Summons After Judgment (ECF No. 83) is GRANTED, and it is HEREBY ORDERED that Garnishee Summons issue according to law.

//

//

//

//

1

DATED: Honolulu, Hawaii, October 14, 2020.



 /s/ Rom A. Trader
Rom A. Trader
United States Magistrate Judge

_____
*Cook Productions, LLC v. Stanley Szerlip*, Civ. No. 16-00637 HG-RT; Order for Issuance of Garnishee Summons